Michael NEELEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62923.

Missouri Court of Appeals,
Western District.

June 8, 2004.

Ellen H. Flottman, State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, for Respondent.

Charnette D. Douglass, Asst. Atty. Gen., Jefferson City, MO, joins on the briefs for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JR., JJ.

## ORDER

PER CURIAM:

Michael Neeley appeals the denial of his motion for post-conviction relief under Rule 24.035. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b). We affirm.